FILED: May 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1315
(1:19-cv-00588-PTG-IDD)

_____

LOUIS M. TUTT, III

      Plaintiff - Appellant

v.

CHRISTINE WORMUTH, Secretary of the Army

      Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 06/30/2023

Opening brief due: 06/30/2023

Response brief due: 07/31/2023

Any reply brief: 21 days from service of response brief.

                                          For the Court--By Direction

                                          /s/ Patricia S. Connor, Clerk